**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

April 22, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ T. Costa
DEPUTY CLERK

|  |  |
|---|---|
| **JEFFREY A.,**[1] | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) **Civil Action No. 7:25cv00511** |
|  | ) |
| **FRANK BISIGNANO,** | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
|  | ) |
| **Defendant.** | ) |

**ORDER**

This matter was referred to the Hon. C. Kailani Memmer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The magistrate judge filed a report and recommendation on March 30, 2026, recommending that the Commissioner's decision be reversed and remanded for further consideration.  No objection to the report and recommendation has been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1.  The report and recommendation (Dkt. 19) is **ADOPTED in its entirety**;

2.  This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further consideration consistent with the report and recommendation; and

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security orders.

3.  This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered:  April 22, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge